July 19, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

TEXAS DEPARTMENT OF AGING AND DISABILITY SERVICES A/K/A
BRENHAM STATE SCHOOL, ANTHONY V. WATSON, DWANE B. HUBBARD,
AND ARETHA L. TURNER, Appellants

NO. 14-11-00751-CV                              V.

MARY CANNON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE
OF PATRICK TATE DYESS, DECEASED, Appellee

_____

This cause, an appeal from the orders, signed August 18, 2011, was heard on the transcript of the record.

We order the "ORDER *DENYING* DEFENDANT TEXAS DEPARTMENT OF AGING AND DISABILITY SERVICES A/K/A BRENHAM STATE SCHOOL'S PLEA TO THE JURISDICTION AND MOTION TO DISMISS" of the court below **REVERSED** and **RENDER** judgment dismissing all claims against Texas Department of Aging and Disability Services a/k/a Brenham State School.

We find no error in the following orders and therefore order them **AFFIRMED:** (1) "ORDER *DENYING* DEFENDANT TEXAS DEPARTMENT OF AGING AND DISABILITY SERVICES A/K/A BRENHAM STATE SCHOOL'S MOTION TO DISMISS PURSUANT TO TEX. CIV. PRAC. & REM. CODE SECTION 101.106 (a)&(e)"; and (2) "ORDER *DENYING* DEFENDANTS ANTHONY V. WATSON, DWANE B. HUBBARD AND ARETHA L. TURNER'S MOTION TO DISMISS PURSUANT TO TEX. CIV. PRAC. & REM. CODE SECTION 101.106(a) & (e)."

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.